# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D16-4501
_____

REGINALD A. RICHARDSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Angela M. Cox, Judge.

April 6, 2018

PER CURIAM.

AFFIRMED.

WETHERELL, MAKAR, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Reginald A. Richardson, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Robert Humphrey,
Assistant Attorney General, Tallahassee, for Appellee.